UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KABRINA WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:24-cv-1555 |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC. and AFFIRM, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**
**AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff, KABRINA WHITE, ("Plaintiff"), through her attorneys, informs this Honorable Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., only, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., only, with prejudice, within 60 days.

DATED:  June 5, 2024

                                        Respectfully submitted,
                                        MIKE AGRUSS LAW

                                        By: /s/ Michael Bertucci
                                                Michael Bertucci
                                                MIKE AGRUSS LAW
                                                1301 W 22nd St., Suite 711
                                                Oak Brook, IL 60523
                                                Tel: 312-224-6606
                                                Fax: 312-253-4451
                                                mike.bertucci@844seemike.com
                                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on June 5, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael Bertucci  
Michael Bertucci
