UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KABRINA WHITE, | ) |
|     Plaintiff, | ) |
| v. | )    No. 4:24-cv-1555 |
| EXPERIAN INFORMATION SOLUTIONS, INC. and AFFIRM, INC., | ) |
|     Defendants. | ) |

**NOTICE OF SETTLEMENT**
**AS TO DEFENDANT, AFFIRM, INC.**

Plaintiff, KABRINA WHITE, ("Plaintiff"), through her attorneys, informs this Honorable Court that Plaintiff and Defendant, AFFIRM, INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, AFFIRM, INC., with prejudice, within 60 days.

DATED: June 7, 2024

                Respectfully submitted,
                MIKE AGRUSS LAW

                By: /s/ Michael Bertucci
                    Michael Bertucci
                    MIKE AGRUSS LAW
                    1301 W 22nd St., Suite 711
                    Oak Brook, IL 60523
                    Tel: 312-224-6606
                    Fax: 312-253-4451
                    mike.bertucci@844seemike.com
                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on June 7, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael Bertucci  
Michael Bertucci