United States District Court
Southern District of Texas
**ENTERED**
July 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KABRINA WHITE §§§§ Plaintiff, | |
| VS. § | CIVIL ACTION NO. 4:24-CV-1555 |
| EXPERIAN INFORMATION SOLUTIONS, INC. and AFFIRM, INC. §§§§§§ Defendants. | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed July 11, 2024 (DOC # 14), this case is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Signed on July 25, 2024.

_____
Alfred H. Bennett
United States District Judge

1 / 1